242 So.2d 244

**STATE of Louisiana ex rel. Preston PEBWORTH**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 51041.

Jan. 5, 1971.

The showing made does not warrant the exercise of our original or supervisory jurisdiction.